# OKEMOS HIGH SCHOOL

2800 Jolly Road • Okemos, Michigan 48864
Telephone (517) 706-4900 • FAX (517) 351-9786



*THE PRIDE CONTINUES*

Dr. Daniel Hyliard
*Principal*

Mrs. Andrea Hallead
*Assistant Principal*

5/6/2022

Mr. Lamanzer Williams
*Assistant Principal*

Mr. Brian Fuller
*Athletic Director*

To the Parents of **Elli Block**

As discussed in our recent conversation, this letter is to notify you that Elli is suspended for at least ten days and I will be recommending to the Okemos Board of Education that she be expelled for 180 days. The incident leading to this decision to expel is detailed below.

Intimidation - Elli was in a bathroom stall with another girl. They appeared to be vaping. Ms. Cironi checked the bathroom, but did not know two girls were in a stall because one was on the toilet seat so her feet did not show. Elli decided to text her parents in an attempt to get Ms. Cironi in trouble. Elli made up a story saying Ms. Cironi looked into the stall while Elli was going to the bathroom. This turned out to be a false accusation and Elli and her parents decided to file a false police report which accused Ms. Cironi of criminal wrong doing. Police were contacted and Dr. Sharp talked to the parents. Ms. Cironi had also called the parents to explain what really happened. In spite of this parents filed the police report against Ms. Cironi. Discipline will be issued per the student handbook. Elli actively encouraged at least one other student to lie to administration and police in an attempt to get Mrs. Cironi in legal trouble.

"A principal or designee may suspend a student from school or any school function for up to ten (10) school days for violation of the Student Code of Conduct.

A student on suspension is not allowed on campus, including extra-curricular participation or activities from the time the suspension is imposed until midnight of the final day of suspension with two exceptions - suspensions imposed for failure to serve Saturday School and suspensions imposed for leaving campus without signing out. A suspended student is allowed full make up privileges - homework assignments, quizzes, chapter, unit, quarter, and final exams." (2021-22 Parent/Student Handbook, pg 93)

If you have any further questions or concerns regarding this matter, please contact me.

Sincerely,

Dr. Mark Sharp
Interim Assistant Principal

U.S. Department of Education National Exemplary Secondary School

The following list of offenses and disciplinary penalties is not all-inclusive. Other misconduct may give rise to discipline. **Violation of any of the following may result in student discipline, up to and including permanent expulsion from school.**

Offenses

1.  <u>Fighting</u>: This involves two or more individuals who are involved in physical contact with the intent to do bodily harm. (see offense #2)

    Conference and Short Term Suspension (3-10 days), Long Term Suspension (11- 59days) or possible expulsion, based on the degree of violence.

    Inform local police in instances where anyone involved in the fight or altercation receives an injury requiring emergency medical attention.

2.  <u>Physical Assault on a Student</u>: Intentionally causing or attempting to cause physical harm to another through force or violence. The Michigan Revised School Code requires school districts to suspend or expel a student enrolled in grades 6 or above who commits a physical assault against another student. MCL 380.1310

    Conference and Short Term Suspension (5-10 days), Long Term Suspension (11- 59days) or possible expulsion, based on the degree of violence.

    Inform local police in instances where anyone involved in the assault or altercation receives an injury requiring emergency medical attention.

3.  <u>Written or Verbal Threats Directed Toward a Student</u>: Any intentional threat or offer to do bodily harm to another by force, under circumstances which may create a fear of actual harm. Threats made by electronic means, even if sent from off campus may result in discipline.

    Conference and Short Term Suspension (1-10 days) or Long Term Suspension (11-59 days). Possible expulsion in serious cases. Inform local police in serious cases.

4.  <u>Assault, Intimidation and/or Verbal Assault Directed Toward an Adult</u>:

    a. <u>Intimidation and/or verbal assault directed toward an adult</u>: The Michigan Revised School Code requires school districts to suspend or expel a student enrolled in grades 6 or above who commits a verbal assault at school against an employee, volunteer, or contractor, or who makes a bomb threat or similar threat directed at a school building, other school property, or a school-related event. This includes any intentional threat or offer to do bodily injury to another by force, under circumstances which may create a fear of actual harm. Threats made by electronic means, even if sent from off campus may result in discipline. ("At school" means "in a classroom, elsewhere on school premises, on a school bus or other school-related vehicle, or at a school-sponsored activity or event whether or not it is held on school premises." MCL 380.1310 and MCL 380.1311).

    Conference and Short Term Suspension (3-10 days) or Long Term Suspension (11–59 days). Possible expulsion in serious cases. Report will be filed with local police.

70