*"Together...educating with excellence, inspiring each learner for life."*          **Okemos Public Schools, Okemos, Michigan**

| Board of Education | Okemos Public Schools | 4406 North Okemos Road |
|---|---|---|
| Mary Gebara | board@okemosk12.net | Okemos, Michigan 48864 |
| President, 2021-2022 | http://www.okemosk12.net | Phone: 517-706-5010 |

***This agenda is for general informational purposes only.  Based on board policy, the board of education may revise this agenda and may take up other issues at the meeting.***

**6:30 P.M.**                    **MEETING AGENDA**              **Community Conference Rm**
**May 17, 2022**

## CALL TO ORDER
Dean Bolton, Katie Cavanaugh, Mary Gebara, Melanie Lynn, Vincent Lyon-Callo, Andrew Phelps, Jayme Taylor

## WELCOME AND MEETING FORMAT
Welcome to this special meeting of the Okemos Board of Education held in public for the purpose of conducting the business of the school board.

**There is one opportunity for public comment**: Citizens who wish to address agenda or non-agenda items will have an opportunity at the beginning of the meeting. Individuals who wish to address the board must complete a blue form, located with the agendas near the room entrance, and present it to the board's secretary prior to the start of the agenda item.

At the appropriate point in the agenda, the board president will call upon individuals who have submitted a blue card for their comments.

## CITIZENS ADDRESS AGENDA AND NON-AGENDA ITEMS
At this time in the meeting, citizens have an opportunity to address the board regarding items of interest that that may or may not be part of the evening's agenda.  Citizens are required to limit comments to three minutes, except when this requirement is waived by the board president during the meeting.  A designated timekeeper will communicate to the individual who is addressing the board at three minutes. The board highly values public comment and input; however, the board meeting format is designed to facilitate the evening's agenda and, therefore, restricts board members from engaging in conversation with speakers or immediately responding to questions.  Questions and concerns may be addressed by the board later in the agenda and may be assigned for follow-up by the board or superintendent at a later date.

## OTHER ACTION ITEMS

### Item 1:  Employment - Certified

| | |
|---|---|
| *Background Information* | *The hiring of all certified employees must be approved by the board of education; employment of support staff shall be in accordance with school district policy.* |
| **Recommended Action** | **That the board approve the employment of Juan Diaz, 5th Grade Teacher at Kinawa, at Step 5, Division I; Andrew Hassell, Social Studies Teacher at OHS at Step 1, Division I; Loren Simmons, 5th Grade Teacher at Kinawa at Step 5, Division II; and Gene Swan, Social Studies Teacher at OHS at Step 5, Division III of the teacher salary schedule, effective August 18, 2022 in accordance with sections 1230** |

*"Together...educating with excellence, inspiring each learner for life."*   **Okemos Public Schools, Okemos, Michigan**

**(2) and 1230 a (2) of the Revised School Code conditioned upon receipt of acceptable criminal history checks and criminal records checks.**

## Item 2: Membership in MHSAA

| | |
|---|---|
| *Background Information* | *Each year, the board of education is required to take formal action to affiliate with the Michigan High School Athletic Association.* |
| **Recommended Action** | **That the board waive the reading and adopt the resolution permitting Okemos Public Schools to continue membership in the Michigan High School Athletic Association for the year August 1, 2022 through July 31, 2023.** |

## ADJOURN TO EXECUTIVE SESSION – STUDENT DISCIPLINE HEARING

| | |
|---|---|
| *Background Information* | *Pursuant to Section 8(b) of the Open Meetings Act, the board of education may adjourn to Executive Session for the purpose of conducting a student expulsion hearing.* |
| **Recommended Action** | **That the board adjourn to Executive Session pursuant to Section 8(b) of the Open Meetings Act for the purpose of conducting a student discipline hearing. (Roll Call Vote)** |

## RECONVENE

Dean Bolton, Katie Cavanaugh, Mary Gebara, Melanie Lynn, Vincent Lyon-Callo, Andrew Phelps, Jayme Taylor

## ADJOURN

Okemos Public Schools Board of Education

# STUDENT EXPULSION HEARING
## PROCEDURE OUTLINE

1.   Review of procedure by the school board president.

2.   Hearing:

- Presentation of school's position

  - Opportunity for clarification/questions of school representative(s) by board members and student/student representative(s)

- Presentation of student's position

  - Opportunity for clarification/questions of student representative(s) by board members and administrative representative(s)

- Concluding statements by school representatives

- Concluding statements by student/student's representative(s)

- Final board member questions of school representative(s) or student/student's representative(s)

3.   Board member deliberation

4.   Board member decision presented to school personnel and student/student's representative(s)

Word: Board Student Expulsion Hearing Procedure Outline December 2006

# OKEMOS HIGH SCHOOL

2800 Jolly Road • Okemos, Michigan 48864
Telephone (517) 706-4900 • FAX (517) 351-9786



*THE PRIDE CONTINUES*

Dr. Daniel Hyliard
*Principal*

Mrs. Andrea Hallead
*Assistant Principal*

Mr. Lamanzer Williams
*Assistant Principal*

Mr. Brian Fuller
*Athletic Director*

5/9/2022

To the Parents of Elli Block

As discussed in our recent conversation, this letter is to notify you that Elli is suspended for at least ten days and I will be recommending to the Okemos Board of Education that she be expelled for 180 days. The incident leading to this decision to expel is detailed below.

Intimidation - Elli was in a bathroom stall with another girl. They appeared to be vaping. Ms. Cironi checked the bathroom, but did not know two girls were in a stall because one was on the toilet seat so her feet did not show. Elli decided to text her parents in an attempt to get Ms. Cironi in trouble. Elli made up a story saying Ms. Cironi looked into the stall while Elli was going to the bathroom. This turned out to be a false accusation and Elli and her parents decided to file a false police report which accused Ms. Cironi of criminal wrong doing. Police were contacted and Dr. Sharp talked to the parents. Ms. Cironi had also called the parents to explain what really happened. In spite of this parents filed the police report against Ms. Cironi. Discipline will be issued per the student handbook. Elli actively encouraged at least one other student to lie to administration and police in an attempt to get Mrs. Cironi in legal trouble.

"A principal or designee may suspend a student from school or any school function for up to ten (10) school days for violation of the Student Code of Conduct.
A student on suspension is not allowed on campus, including extra-curricular participation or activities from the time the suspension is imposed until midnight of the final day of suspension with two exceptions - suspensions imposed for failure to serve Saturday School and suspensions imposed for leaving campus without signing out. A suspended student is allowed full make up privileges - homework assignments, quizzes, chapter, unit, quarter, and final exams." (2021-22 Parent/Student Handbook, pg 93)

If you have any further questions or concerns regarding this matter, please contact me.

Sincerely,

Dr. Mark Sharp
Interim Assistant Principal

U.S. Department of Education National Exemplary Secondary School

**Student Name: Elli Block**

**Date of Birth:  5-10-2006**

**Grade: 10**

**Parent/Guardian: Mike and Pauline Ashton**

**Address: 4429 Apache Drive**

**Phone: (517)488-4967**

**1. Narrative of Incident:** *Elli Block, 10th grader, made false allegations against Mrs. Allison Cironi, Assistant Principal. In addition to bringing these allegations against her to her workplace, she also files a false police report accusing Mrs. Cironi of criminal wrongdoing.*

*After Elli was caught in her lies, she changed her story, however, instead of taking ownership for her actions, she tried to deflect the blame toward another student and toward her father. As a result, Elli is now facing a felony charge, and is also facing disciplinary action from the school district.*

**2. Section(s) of Student Code of Conduct Violated (include any state or federal laws violated):**

*#4. Intimidation: (MCL 380.1310) In addition, Elli has been charged with filing a false police report. Officer Brian LeRoy, Meridian Township Police Officer, has documented and sent the charges to the Probate Court (Case #2292601878). The charges brought against her are a felony.*

**3. Does the incident involve the student possessing a firearm in a weapon-free**

**school zone? No**

☐ No (Continue to question 4.)

☐ Yes (Skip question 4 and proceed directly to question 5.)

**4. Do any of the following factors serve to mitigate or enhance the severity of the violation in this instance? Please explain.**

**Yes <u>No</u> N/A**

**The pupil's age.**

Consider the student's developmental stage.

**<u>Yes</u> No N/A**

**The pupil's disciplinary history**

Is behavioral history relevant? Are there patterns? What have been past positive interventions and what has the response to the interventions?

 *Elli has had three documented incidents this year. Each one involved lying during the investigation.*

~~Yes No <u>N/A</u>~~

**Whether the pupil is a student with a disability.**

If there is reasonable cause to believe that the pupil is a student with a disability, and the school district has not evaluated the pupil in accordance with rules of the superintendent of public instruction to determine if the pupil is a student with a disability, the pupil shall be evaluated immediately.

☐ IEP Plan

- ❑ 504 Plan
- ❑ Being Evaluated
- ❑ Parent/Guardian has requested evaluation in writing
- ❑ Parent / Guardian has requested evaluation verbally
- ❑ Student has outside diagnoses of a disability
- ❑ Teacher / school staff   / community agency have expressed concerns about a pattern of behavior or suspected disability

- ❑ Did a MDR find that the behavior was a manifestation of the disability? *No*
- ❑ Did the school fail to implement the IEP? *No*

**Yes No N/A**

**The seriousness of the violation or behavior committed by the pupil.**

**The law does not define "seriousness," but please reflect on who was harmed, the severity of the harm (injuries) and how district policy and state law treats these types of incidents:** *Elli filed false criminal charges against a school administrator, and also brought this to the attention of the school district. The accusations were both slanderous and defamatory.*

**Yes No N/A**

**Whether the violation or behavior committed by the pupil threatened the safety of any pupil or staff member.**

Did the violation or behavior threaten the safety of other students or staff? If so, how? *No*

**Yes No N/A**

**Whether restorative practices will be used to address the violation or behavior committed by the pupil.**

What restorative practices have been considered and/or implemented to address the

behavior or violation? Restorative practices **should be the first consideration** to remediate offenses such as interpersonal conflicts, bullying, verbal and physical conflicts, theft, damage to property, class disruption, and harassment and cyberbullying.

Informal Problem-Solving Circle:

Restorative Conference (must be voluntary):

Apology:

Community Service: *Court may require this.*

Counseling: *Highly recommended*

Other:

List date of implementation.


Yes No N/A

**Whether a lesser intervention would properly address the violation or behavior committed by the pupil.**


List all lesser interventions considered and used (include dates). (Documentation can be attached.)


**6. Other Considerations**

Other consideration under federal law:  Is the student eligible under McKinney-Vento? If so, school districts **must** remove barriers to the enrollment and retention for these students. McKinney-Vento does **not** provide immunity from disciplinary guidelines.  A student should not be penalized for issues directly related to homelessness, such as tardiness or absences.

*N/A*

**7.  Does the weapon in question qualify as one of the following, which Michigan law defines as a "dangerous weapon?"** *N/A*

☐  A firearm (federal law defines a firearm as "(A) any weapon (including a starter gun) which will or is designed to or may readily be converted to expel a projectile

by the action of an explosive; (B) the frame or receiver of any such weapon; (C) any firearm muffler or firearm silencer; or (D) any destructive device.")

☐ A dagger, dirk, stiletto, knife with a blade over 3 inches in length, pocket knife opened by a mechanical device (i.e. switchblade), iron bar or brass knuckles. (attach a photograph of weapon with a ruler to illustrate length of the knife blade)

**Establish the facts about possession and intent. In particular, the district will need to determine the following:**

- The firearm possessed by the pupil was not possessed by the pupil for use as a weapon, or for direct or indirect delivery to another person for use as a weapon.

  If a pupil establishes one of these factors, expulsion becomes **discretionary**.

- The firearm was not knowingly possessed by the pupil.

  If a pupil establishes one of these factors, expulsion becomes **discretionary**.

- The pupil did not know or have reason to know that the object or instrument possessed by the pupil constituted a firearm.

  If a pupil establishes one of these factors, expulsion becomes **discretionary**.

- The firearm was possessed by the pupil at the suggestion, request, or direction of, or with the express permission of, school or police authorities.

  If a pupil establishes one of these factors, expulsion becomes **discretionary**.

- Does the student have a history of suspension or expulsion? *No*
-



## Okemos High School

Date: 5-17-2022
To: Okemos Public Schools Board of Education
From: Dr. Mark A. Sharp, Interim Assistant Principal  *M.S.*
Re: Elli Block
Cc: Mr. John Hood, Superintendent; Mr. Steven Keskes, Assistant Superintendent; Mrs. Andrea Hallead, Interim High School Principal

Elli Block is a 10th grader at Okemos High School (OHS). She is 16 years old and has attended OHS since 1st grade. She is a general education student with average/above average ability (Addendum A). Elli has numerous absences and a number of them are unexplained (Addendum B).

Up until this current semester, Elli has not had a major problem with behavior and discipline-related issues. However, within the past thirty days there has been a noticeable change (Addendum C). During this period of time Elli has been caught in bathroom stalls with multiple girls and rumors of vaping and dapping (vaping THC) have been circulating about her.

In fact, on 4-13-22 Elli was caught in a stall with several other girls and a couple girls reported that Elli was vaping and in possession of a vape pipe. Elli was called down to the office and asked to empty her pockets and a non-invasive search was conducted. Ms. Kelly Cool, Administrative Assistant; Mr. Derm Clarkin, Student Supervisor; and Dr. Mark Sharp were present. No evidence of vaping was discovered, and Elli was excused and sent back to class.

After leaving the office, Elli messaged her parents and fabricated a story indicating that she was searched for no reason and was being targeted. Later that day, her mother and stepfather showed up at the school accusing Dr. Sharp of conducting an invasive search without reasonable suspicion. After Dr. Sharp explained the matter, and circumstances leading up to the search, Elli's parents appeared satisfied and exited the building. This issue did not resurface until the most recent incident (5-4-2022) occurred.

On May 4, 2022, Mrs. Allison Cironi, Assistant Principal, was making her rounds and stepped into a girls' bathroom. There were numerous girls hanging out in the bathroom and she asked why they were in there. As she did this, she also looked under the line of stalls to count feet to make sure that there wasn't more than one student in a stall. As Mrs. Cironi talked to the girls hanging out, ███████ who was in a stall with Elli, got up on the toilet so her feet could not be seen. At this time, Ms. Cironi, unaware that more than one girl was in the stall, exited the bathroom.

Elli, upon exiting the stall with ███████ announced her dismay and said she was going to get Mrs. Cironi in trouble and that she felt targeted. This was witnessed by at least one of the other students in the bathroom. Elli then pulled out her phone and said she was messaging her parents to get Mrs. Cironi in trouble. Elli messaged her parents a short time later and reported to her parents that she was alone in a bathroom stall going to the bathroom and that Mrs. Cironi was looking under the stall watching her. This was reported to Dr. Sharp, a short time later, when Elli's parents arrived at the school unannounced. After entering the office, Elli's parents asked to see Mrs. Cironi. Mrs. Cironi was not available, so Dr. Sharp met with them.

After entering Dr. Sharp's office, Elli's stepfather, Mike Ashton, told Dr. Sharp that Elli had contacted them to report Mrs. Cironi. They stated that their daughter informed them that Ms. Cironi was looking under the stall door and watching her go to the bathroom. They said that Elli told them that she made eye contact with Mrs. Cironi and felt violated. Elli's stepfather said that he would face criminal charges if he did this. He said he wanted the incident investigated, and the appropriate action taken. Dr. Sharp assured him that the matter would be investigated and that he would talk to Mrs. Cironi and that he could expect a call from Mrs. Cironi so he could get her side of the story.

Dr. Sharp met with Mrs. Cironi to let her know of the allegations and to get her side of the story (Addendum D). Mrs. Cironi told Dr. Sharp that at no time did she look through the stall at Elli going to the bathroom. She also reported that numerous students were in the bathroom and after questioning them she glanced down to see if there were any stalls with more than two feet in them. Mrs. Cironi said she would call the parents and explain what actually happened. After school ended Dr. Sharp talked to Mrs. Cironi and asked if she had a chance to touch base with the parents. Mrs. Cironi said she did, and that the parents seemed alright with the situation.

The next day (5-5-2022), Dr. Sharp was notified that Elli's stepfather had sent an email to the Board of Education, Central Office Administration, and Mrs. Hallead, accusing Mrs. Cironi of criminal conduct and accusing Dr. Sharp, Ms. Cool, and Mr. Clarkin of violating Elli's 1st Amendment rights (Addendum E). In addition, Mr. Block called the Meridian Township Police Department to file a criminal complaint against Mrs. Cironi. After hearing of this, Mrs. Hallead asked Dr. Sharp to lead the investigation pertaining to Mrs. Cironi and the bathroom incident. Upon receiving notice, Dr. Sharp called Officer Brian LeRoy, Meridian Township Police Officer to touch base on the matter. Officer LeRoy verified that Mr. Ashton did in fact file a complaint. The complaint number is #2292601878. Dr. Sharp then began further investigation into the matter.

Later that same day (5-5-2022), Mrs. Hallead stopped by Dr. Sharp's office and said she had a possible witness (Student 1). Dr. Sharp invited Student 1 in to get her information. Student 1 informed Dr. Sharp that she was in the bathroom when Ms. Cironi came in. She also stated that the reason she was coming forward is because she was made aware of the false charges against Mrs. Cironi and that she had received several messages from Elli asking her to lie and that she was attempting to get Mrs. Cironi in trouble. Student 1 showed Dr. Sharp the messages that verified her statement (Addendum F).

Upon receiving this information, Dr. Sharp contacted Officer LeRoy. Officer LeRoy then came to the school and met with Dr. Sharp; Ms. Hannah Henry, Counselor; Mrs. Hallead; and Student 1. Officer LeRoy led the interview, and at the end of it, Student 1 sent copies of the messages to Officer LeRoy and Mrs. Hallead. Officer LeRoy said he would be contacting Elli and her parents so he could interview them.

The next morning (5-6-2022), after the school day was in progress, Mrs. Hallead told Dr. Sharp that there were some new developments regarding the incident and that Mr. Ashton had sent another email to the board and administration. In this email Mr. Ashton admitted that he did not have accurate information earlier and that he now realizes his accusations against Mrs. Cironi were unfounded and without merit. (Addendum G) He stated that he owed the vice principal (sic) an apology and in addition to this email he would apologize in person. He went on to say he learned that there was another person in the stall with Elli and that Mrs. Cironi did "Not" look under the stall door.... He then went on to apologize for questioning Mrs. Cironi's reputation and good word. In addition, Mrs. Hallead informed Dr. Sharp that Elli had also emailed Mrs. Cironi a letter apologizing for what she had put Mrs. Cironi through. She admitted to lying and for attempting to discredit Mrs. Cironi. Sadly, in this email, Elli attempted to shift the blame onto another student (Addendum H).

It is important to note that prior to Elli's and Mr. Ashton's letter of apology, Officer LeRoy met with Elli and her parents and interviewed them. During his interview, Officer LeRoy was able to obtain a confession and Elli showed him and her parents some of her messages asking others to lie for her.

On 5-9-2022, Dr. Sharp met with a second witness, Student 2. This student confirmed that Elli was in the stall with another person. After this interview, Dr. Sharp called the Ashton's and requested they bring Elli to the school so he could interview her (even though she had already confessed). This was done to allow Elli an opportunity to explain what happened and try to find out her motivation. In addition, Dr. Sharp explained "Due Process." After concluding the interview, Dr. Sharp updated PowerSchool and printed off a letter informing Elli and her parents that he would be suspending Elli for ten (10) days and that he was going to be recommending to the board that Elli be expelled from Okemos Public School for 180 days. He also shared that a hearing would be scheduled ASAP to decide the matter.

This is a serious situation. Not only did Elli violate the school code of conduct, she and her parents chose to file a false police report (Addendum I) which is a felony in the State of Michigan. These false accusations were made not only to get Mrs. Cironi in trouble at work, but they were also made to have her charged with a criminal offense.

In closing, the actions and accusations made by Elli and her parents are very serious. And because of the ramifications of these false accusations the police, county prosecutor's office, the board of education, and school administration are impacted and involved. There could also be civil consequences. Due to this, and the fact that Elli has shown little, if any, remorse and ownership for her actions, I am recommending that Elli Block be expelled for 180 days from the Okemos School District.

Summary of Witness Statement (Student 1):  *M.S.*

The witness stated she was in the bathroom at the time of the incident. The witness stated she was outside the stalls while Elli and another student were together in a stall vaping.  A few other girls were by the sinks talking.  Mrs. Cironi walked in and asked the girls, by the sinks, why they were hanging out in the bathroom.  She then asked the witness how many people were in the second stall.

Mrs. Cironi crouched down to glance under the stalls while staying in front of the sinks.  At that point, the girl in the stall with Elli stepped up on the toilet to avoid being seen by Mrs. Cironi. Mrs. Cironi made a joke about the bathrooms being gross then left.  Elli came out of the stall, followed by the student who was in there with her.  Elli stated to the witness and the other student that she was going to text her mom so her mom would "Come in and yell at Cironi."

Later in the day, Elli approached the witness and said her mom was coming to school.  In the evening, Elli texted the witness telling her the police were coming to her house.  She told the witness she told her stepfather the story and he was upset.  The next morning, Elli contacted the witness via SnapChat.  The witness did not open the Snap immediately, so Elli texted a screenshot of the Snap to the witness.  The message directed Student 1 to lie to the police backing up what Elli had told them the previous night when filing a false police report.  Elli told Student 1 in the message that "The goal is to get Cironi in trouble."



# Historical Grades

Block, Elli Rose   10   202002045      OHS      Counselor=Henry, H

Historical Grades

School: Okemos High School      Term: 21-22 Year

## (Addendum A)

| Year/Term | Grd Lvl | Course number | Course | Earned Credit | E1 | Q1 | Q2 | Q3 | Q4 | S1 | S2 | T1 | T2 | T3 | Y1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21-22 S1 | 10 | 335A | BIOLOGY | 0.50 | D | C+ | D+ | D+ | C | . | . | . | . | . | . |
| 21-22 S1 | 10 | 870 | CERAMICS/SCULPTURE | 0.50 | A | A | A | A | . | . | . | . | . | . | . |
| 21-22 S1 | 10 | 232A | INTRO TO ALGEBRA 2 | 0.50 | D+ | C+ | D+ | . | . | . | . | . | . | . | . |
| 21-22 S1 | 10 | 150A | LIT COMP 10 | 0.50 | A | A | A | A | A- | . | . | . | . | . | . |
| 21-22 S2 | 10 | 883 | PAINTING | 0.00 | . | B | A | B | B | . | . | . | . | . | . |
| 21-22 S1 | 10 | 532A | SPANISH II | 0.50 | B+ | A- | B- | A- | A- | . | . | . | . | . | . |
| 21-22 S1 | 10 | 450A | WORLD HIST | 0.50 | E | A | B | B | A | G | . | . | . | . | . |
| 20-21 S1 | 9 | 880 | DRAW/DESIGN | 0.50 | . | B+ | B- | . | B | B | A | . | . | . | . |
| 20-21 S2 | 9 | 861B | DRAW/DESIGN II | 0.50 | . | . | . | . | . | B+ | A | . | . | . | . |
| 20-21 S2 | 9 | 170A | LIT COMP 9 | 1.00 | . | A | . | A | A | A | A | . | . | . | . |
| 20-21 S1 | 9 | 345A | PHY SCIENCE | 1.00 | . | C+ | B- | B | A- | B- | B | . | . | . | . |
| 20-21 S1 | 9 | 539A | SPANISH 1B | 1.00 | . | A | A- | A- | A- | A- | A- | . | . | . | . |
| 20-21 S1 | 9 | 266A | STUDIES IN ALG 1 | 1.00 | . | A | A | A | A | A | A | . | . | . | . |
| 20-21 S1 | 9 | 419A | US HISTORY | 1.00 | C- | C | C | B | C | C | A | . | . | . | . |
| 19-20 YR | 8 | BASE2014 | BASE | 0.00 | . | . | . | . | . | . | . | . | . | . | I |
| 19-20 YR | 8 | 8LAA | LA 8 | 0.00 | . | . | . | . | . | . | . | B | . | . | . |
| 19-20 YR | 8 | PE8200 | PE8-2 | 0.00 | . | . | . | . | A | A | A | . | . | . | A |
| 19-20 YR | 8 | 8MATHP | Pre-Algebra | 0.00 | . | A | A | A- | B+ | B- | B | . | . | . | B- |
| 19-20 YR | 8 | 8SCI | SCIENCE 8 | 0.00 | . | B | A | A- | A- | A- | A- | . | . | . | B- |
| 19-20 YR | 8 | 8SS | SOC STU 8 | 0.00 | . | A | B- | A | A | B+ | B | . | . | . | C+ |
| 19-20 YR | 8 | SPANISH 1B | SPANISH 1B | 0.00 | . | . | . | . | . | . | . | . | . | . | B |
| 19-20 S1 | 8 | 931 | STUDIO ART | 0.00 | . | . | . | . | G | G | . | B | . | . | B |
| None | 8 | 1972 | THEATRE | 0.00 | . | . | . | . | . | . | . | . | . | I | C |
| 19-20 S2 | 8 | 20100 | WRITING | 0.00 | . | . | . | . | A | . | A | . | A+ | . | . |

| Term | Cr | Course# | Course | Historical Grades | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18-19 YR | 7 | BASE2014 | BASE | 0.00 | . | . | . | . | . | . | . | . | . | . | I |
| None | 7 | 1964 | DIGITAL PHOTOGRAPHY | 0.00 | . | . | . | . | . | . | . | C+ | . | A | . |
| 18-19 S1 | 7 | 942 | FOODS | 0.00 | . | . | . | . | . | . | . | . | . | . | C |
| 18-19 YR | 7 | 7LA | LANG ARTS 7 | 0.00 | . | . | . | . | . | . | . | . | . | . | C |
| 18-19 YR | 7 | 7MTH | MATH 7 | 0.00 | . | . | . | . | . | . | . | . | . | . | C |
| 18-19 YR | 7 | PET200 | PE7-2 | 0.00 | . | . | . | . | . | . | . | . | . | . | A |
| 18-19 YR | 7 | 7SCI | SCIENCE 7 | 0.00 | . | . | . | . | . | . | . | . | . | . | B+ |
| 18-19 YR | 7 | 7SS | SOC STU 7 | 0.00 | . | . | . | . | . | . | . | . | . | . | C |
| 18-19 YR | 7 | 925 | SPANISH 1A | 0.00 | . | . | . | . | . | . | . | . | . | . | C |
| 18-19 S2 | 7 | 2014YOGA | YOGA | 0.00 | . | . | . | . | . | . | . | . | B | . | . |

5/10/22, 8:15 AM

## Attendance

Block, Elli Rose  10  202002045          OHS          Counselor-Henry, H

Meeting Attendance

(Addendum B)

Meeting

| Course | Expression | 8/23-8/27 M T W H F | 8/30-9/3 M T W H F | 9/6-9/10 M T W H F | 9/13-9/17 M T W H F | 9/20-9/24 M T W H F | 9/27-10/1 M T W H F | 10/4-10/8 M T W H F | 10/11-10/15 M T W H F | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| WORLD HIST A205 Erdman, Larry E: 08/24/2021 L: 01/22/2022 | 1(A) 1(B) 1(C) | | | EX | | EX | | PCD | | |
| WORLD HIST A205 Erdman, Larry E: 01/22/2022 L: 06/30/2022 | 1(A) 1(B) 1(C) | | | | | | | | | |
| LIT COMP 10 Woodcock, Ben A110 E: 08/24/2021 L: 01/22/2022 | 2(A) 2(B) 2(C) | | | EX | | EX | | PCD | | |
| LIT COMP 10 Woodcock, Ben A110 E: 01/22/2022 L: 06/30/2022 | 2(A) 2(B) 2(C) | | | | | | | | | |
| SPANISH II Sanders, Karen B115 E: 08/24/2021 L: 01/22/2022 | 3(A) 3(B) 3(C) | E | | EX | | EX | | PCD | | |
| SPANISH II Sanders, Karen B115 E: 01/22/2022 L: 06/30/2022 | 3(A) 3(B) 3(C) | | | | | | | | | |
| BIOLOGY Fadone, Denise C221 E: 08/24/2021 L: 01/22/2022 | 4(A) 4(B) 4(C) | E | | UNX EX | | EX | | PCD | | |
| INTRO TO ALGEBRA 2 Becker, Olivia D135 E: 08/24/2021 L: 01/22/2022 | 5(A) 5(B) 5(C) | E | | UNX EX | | EX | | PCD | | |
| INTRO TO ALGEBRA 2 Becker, Olivia D135 E: 01/22/2022 L: 06/30/2022 | 5(A) 5(B) 5(C) | | | | | | | | | |
| CERAMICS/SCULPTURE Welch, Amanda ART 3D E: 08/24/2021 L: 01/22/2022 | 6(A) 6(B) 6(C) | E | | UNX | | EX | UNX | PCD | UNX | EX |
| PAINTING Welch, Amanda ART 3D E: 01/22/2022 L: 06/30/2022 | 6(A) 6(B) 6(C) | | | | | | | | | |

| Course | Expression | 10/25-10/29 M T W H F | 11/1-11/5 M T W H F | 11/8-11/12 M T W H F | 11/15-11/19 M T W H F | 11/22-11/26 M T W H F | 11/29-12/3 M T W H F | 12/6-12/10 M T W H F | 12/13-12/17 M T W H F | 12 |
|---|---|---|---|---|---|---|---|---|---|---|
| WORLD HIST A205 Erdman, Larry E: 08/24/2021 L: 01/22/2022 | 1(A) 1(B) 1(C) | | | | | | | | | |
| WORLD HIST A205 Erdman, Larry E: 01/22/2022 L: 06/30/2022 | 1(A) 1(B) 1(C) | | | | | | | | | |
| LIT COMP 10 Woodcock, Ben A110 E: 01/22/2022 L: 06/30/2022 | 2(A) 2(B) 2(C) | | | | | | | | | |
| SPANISH II Sanders, Karen B115 E: 01/22/2022 L: 06/30/2022 | 3(A) 3(B) 3(C) | | | | | | | | | |
| SPANISH II Sanders, Karen B115 E: 08/24/2021 L: 01/22/2022 | 3(A) 3(B) 3(C) | | | | | EX | | PCD | EX | |
| INTRO TO ALGEBRA 2 Becker, Olivia D135 E: 08/24/2021 L: 01/22/2022 | 5(A) 5(B) 5(C) | | | | | EX | UNX | PCD | EX | |
| CERAMICS/SCULPTURE Welch, Amanda ART 3D E: 08/24/2021 L: 01/22/2022 | 6(A) 6(B) 6(C) | | | | | EX | UNX | PCD | EX | |
| PAINTING Welch, Amanda ART 3D E: 01/22/2022 L: 06/30/2022 | 6(A) 6(B) 6(C) | | | | | | | | | |

1/3

5/10/22, 8:15 AM

**Course**

| Course | Expression |
|---|---|
| SPANISH II / Sanders, Karen B415 / E: 01/22/2021 L: 06/30/2022 | 3(A) 3(B) 3(C) |
| BIOLOGY / Facione, Denise C221 / E: 08/24/2021 L: 01/22/2022 | 4(A) 4(B) 4(C) |
| BIOLOGY / Facione, Denise C221 / E: 01/22/2022 L: 06/30/2022 | 4(A) 4(B) 4(C) |
| INTRO TO ALGEBRA 2 / Becker, Olivia D138 / E: 08/24/2021 L: 01/22/2022 | 5(A) 5(B) 5(C) |
| INTRO TO ALGEBRA 2 / Becker, Olivia D138 / E: 01/22/2022 L: 06/30/2022 | 5(A) 5(B) 5(C) |
| CERAMICS/SCULPTURE / Welch, Amanda ART 3D / E: 08/24/2021 L: 01/22/2022 | 6(A) 6(B) 6(C) |
| PAINTING / Welch, Amanda ART 3D / E: 01/22/2022 L: 06/30/2022 | 6(A) 6(B) 6(C) |
| WORLD HIST / Erdman, Larry A205 / E: 08/24/2021 L: 01/22/2022 | 1(A) 1(B) 1(C) |
| LIT COMP 10 / Woodcock, Ben A110 / E: 08/24/2021 L: 01/22/2022 | 2(A) 2(B) 2(C) |
| LIT COMP 10 / Woodcock, Ben A110 / E: 01/22/2022 L: 06/30/2022 | 2(A) 2(B) 2(C) |

**Course**

| Course | Expression |
|---|---|
| SPANISH II / Sanders, Karen B415 / E: 01/22/2021 L: 06/30/2022 | 3(A) 3(B) 3(C) |
| BIOLOGY / Facione, Denise C221 / E: 08/24/2021 L: 01/22/2022 | 4(A) 4(B) 4(C) |
| BIOLOGY / Facione, Denise C221 / E: 01/22/2022 L: 06/30/2022 | 4(A) 4(B) 4(C) |
| INTRO TO ALGEBRA 2 / Becker, Olivia D138 / E: 08/24/2021 L: 01/22/2022 | 5(A) 5(B) 5(C) |
| INTRO TO ALGEBRA 2 / Becker, Olivia D138 / E: 01/22/2022 L: 06/30/2022 | 5(A) 5(B) 5(C) |
| CERAMICS/SCULPTURE / Welch, Amanda ART 3D / E: 08/24/2021 L: 01/22/2022 | 6(A) 6(B) 6(C) |
| PAINTING / Welch, Amanda ART 3D / E: 01/22/2022 L: 06/30/2022 | 6(A) 6(B) 6(C) |
| WORLD HIST / Erdman, Larry A205 / E: 08/24/2021 L: 01/22/2022 | 1(A) 1(B) 1(C) |
| LIT COMP 10 / Woodcock, Ben A110 / E: 08/24/2021 L: 01/22/2022 | 2(A) 2(B) 2(C) |
| LIT COMP 10 / Woodcock, Ben A110 / E: 01/22/2022 L: 06/30/2022 | 2(A) 2(B) 2(C) |

**Meeting Attendance** (date ranges: 12/27–12/31, 1/3–1/7, 1/10–1/14, 1/17–1/21, 1/24–1/28, 1/31–2/4, 4/4–4/8, 2/7–2/11, 2/14–2/18)

5/10/22, 8:15 AM

**Meeting Attendance**

| Course | Expression | M 5/2-5/6 | T | W | H | F | M 5/9-5/13 | T | W | H | F | M 5/16-5/20 | T | W | H | F | M 5/23-5/27 | T | W | H | F | M 5/30-6/3 | T | W | H | F | M 6/6-6/10 | T | W | H | F | M 6/13-6/17 | T | W | H | F | M 6/20-6/24 | T | W | H | F | E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPANISH II Sanders, Karen B115 E: 08/24/2021 L: 01/22/2022 | 3(A) 3(B) 3(C) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BIOLOGY Faccone, Denise C221 E: 01/22/2022 L: 06/30/2022 | 4(A) 4(B) 4(C) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| INTRO TO ALGEBRA 2 Becker, Olivia D136 E: 08/24/2021 L: 01/22/2022 | 5(A) 5(B) 5(C) | | | | EX | | | | | EX | | | | | EX | | | | | EX | | | | | | | | | | | | | | | | | | | | | | |
| CERAMICS/SCULPTURE Woodcock, Brim A110 E: 08/24/2021 L: 01/22/2022 | 6(A) 6(B) 6(C) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | T | | | | | | | | | |
| PAINTING Welsh, Amanda ART 3D E: 01/22/2021 L: 06/30/2022 | 6(A) 6(B) 6(C) | | | | | | | | | EX | | | | | EX | | | | | EX | | | | | | | | | | | | | | | | | | | | | EX | E |

**Attendance Codes:** =Present | T=Tardy | UNV=Unverified | E=First Day of Entry | PCD=Present Down Day | QUA=Quarantine | UNX=Unexcused | ET=Ec Tardy | EX=Excused | ILL=Illness | H=Homebound | MDA=Medical Appointment | SR=School Related | MD=Medical-Long term | IS=ISAPP | OU...

**Absence** | ATH=Athletic | OUT=Truant | ADM=Admin | CLR=Counselor | TST=Testing | FT=Final Tie | RO=Religious Observation | SUS=Suspended | AP=After Place | EXP=EXPELLED | FAB=Flex Absence | TUV=Funct/v | ISS=In-School Suspension | FTV=Flex Tardy | OSS=Absent due to out of s...

suspension |

5/10/22, 9:36 AM

Log Entries

**(Addendum C)**

The changes have been recorded.

## Log Entries ✿✿

School: Okemos High School          Term: 21-22 Year

Block, Elli Rose   10   202002045          OHS          Counselor=Henry, H

Edit Discipline Alert

| Date | Description |
|---|---|
| 05/10/2022 | Sharp, Mark - **Unauthorized area -** Note: This entry is documentation of an incident that occured on April 13, 2022. On April 13, Ms. Cironi sent me a referral regarding an incident that Mr. Cironi walked into. She reported that Alli and several other students were in a bathroom stall together and possibly vaping. We divided the students up and after meeting with a couple, learned that Alli was possibly vaping and was in possession of a vape pipe. Since Alli was a 10th grader I called her down and met with her along with Ms. Kelly Cool and Darin McClaritn. Alli was asked to empty her pockets and a non-invasive search was conducted. No pipe was found and Alli was sent back to class. Upon exiting, Alli contacted her parents and fabricated a story that she was searched for no reason. A short time later that day, her parents came in accusing us of conducting an unjustified invasive search. Dr. Sharp explained the circumstances and the parents exited appearing to be to be satisfied. |
| 05/06/2022 | Sharp, Mark - **Intimidation -** Elli was in a bathroom stall with another girl. They appeared to be vaping. Ms. Cironi checked the bathroom, but did not know two girls were in a stall because one was on the toilet seat so her feet did not show. Elli decided to text her parents in an attempt to get Ms. Cironi in trouble. Elli made up a story saying Ms. Cironi looked into the stall while Elli was going to the bathroom. This turned out to be a false accusation and Elli and her parents decided to file a false police report which accused Ms. Cironi of criminal wrong doing. Police were contacted and Dr. Sharp talked to the parents. Ms. Cironi had also called the parents to explain what really happened. In spite of this parents filed the police report against Ms. Cironi. Discipline will be issued per the student handbook. NOTE: Met with parents and Alli and am recommending expulsion. |
| 01/11/2021 | Biel, Melissa - **Academic Integrity Violation -** A. Welch reported an Academic Integrity violation. Elli cheated on an art project. The assignment was called the High Contrast drawing Ice Cream Project. She printed one of our reference photos that we had to look at and colored over it instead of drawing it herself. The drawing was supposed to be on black paper with white colored pencil. I am a photographer as well as an art teacher and so I recognized the photo was placed in the corner, as well as the shading and drawing were a perfect match from the original photo, except for the parts she colored over which were mostly the edges. I also noticed the smudges from the black she used to color over the back part of the photo and the white edges of the paper that were supposed to be black. I asked her to send me more photos of the drawing and she altered it more to cover up the photo. I will attach the photos so you can see a photo of her original project submission vs our reference photo she printed, the pixelated corner of her project and the new photo(colored over) she sent after I asked her to send me a close up of the project. This is a level I academic integrity violation and the procedure will be that she will receive a zero on the project and a note will be put in Powerschool. If you have any further questions please contact myself or Principal Halstead. |

https://jps.okemosschools.net/admin/students/home.html?frn=0019212

1/1

**Date: May 10th, 2022**                                    **(Addendum D)**
**To: Dr. Mark Sharp, Interim Assistant Principal**
**From: Mrs. Allison Cironi, Assistant Principal**
**RE: Documentation of 5/4/22 Bathroom Incident**

On Wednesday, May 4th, I was supervising the lower A/B Connector area during 'A' lunch.  A large group of girls were in the bathroom, and due to an uptick in fights and vaping, I went into the bathroom to make sure students were being safe. I walked into the bathroom at 11:19am. I walked towards the stalls, but not past the sinks, to count feet in the stalls.  I needed to make sure that there was no more than one person in each stall.  I bent down to check, once on the side of the stalls, and once toward the front of the stalls (see diagram below). After that, I proceeded to walk towards the door where I checked in with a few students, and then proceeded to exit the bathroom at 11:20am.



(Addendum E)

**From:** Mike Ashton <michaelj.ashton@hotmail.com>
**Sent:** Thursday, May 5, 2022 12:27 PM
**To:** jtaylor@carbidexllc.com; andrew.phelps@okemosk12.net; vincent.lyoncallo@okemosk12.net; melanie.lynn@okemosk12.net; mary.gebara@okemosk12.net;
katie.cavanaugh@okemosk12.net; bolton2@comcast.net; andrea.hallead@okemosk12.net; john.hood@okemosk12.net
**Cc:** Pauline Ashton <pauline.ashton@live.com>
**Subject:** Formal School Search Policy Request

Administrators of Okemos Highschool,

Good afternoon. I am writing to request a clearly identified policy for the search of the minor children that we entrust into your care. Due to a perceived rise in smoking and THC use at the high school, a draconian policy of personnel search has been imposed upon the students.

On 13 April 2022 our daughter was searched based on an unfounded accusation of "vaping." Although this was a not-touch search, our daughter was searched while there were male security officers present. The parents were not notified.

On 4 May 2022, the vice principal was looking under the stall doors in the female bathroom to check for rule violations. She was literally looking under the door, not walking by checking feet. Again, the parents were not notified. So, on two separate instances the school either believed that our child was using illegal substances, but didn't feel that her parents needed to know, or the school didn't truly believe that our child was using substances, but chose to violate her person.

It is given that the students should expect property owned by the school such as lockers and desks be searched at any time. However, there needs to be some expectation of privacy when it comes to the physical person. As a country we value our privacy as evidenced by the entire 4th amendment of our constitution, which (by-the-way) was written to protect citizens of this county against this type of behavior. As parents we have the right to know when our children are being search, we should have the right to consent to that search, and we should have the right to be present at the time of the search.

I am very certain that the parents of your students do not know these actions are occurring at the high school, largely because the students have come to think that it is normal and expected to be searched. The students should not believe it is normal to be searched! It is not normal, and it is not ok unless there is reason to believe that the student may be a danger to themselves or others. What kind of adults is the Okemos school system raising, what kind of values is it instilling, what kind of future leaders is our high school developing?

Respectfully,

Mikke Ashton

**(Addendum F)**







**(Addendum G)**

## Fwd: [External Email] RE: Formal School Search Policy Request
1 message

**Andrea Hallead** <andrea.hallead@okemosk12.net>                                             Fri, May 6, 2022 at 10:46 AM
To: Mark Sharp <mark.sharp@okemosk12.net>

---------- Forwarded message ----------
From: **Mike Ashton** <michael.j.ashton@hotmail.com>
Date: Thu, May 5, 2022 at 5:11 PM
Subject: [External Email] RE: Formal School Search Policy Request
To: <jtaylor@carbidexllc.com>, <andrew.phelps@okemosk12.net>, <vincent.lyoncaillo@okemosk12.net>, <melanie.lynn@okemosk12.net>,
<mary.gebara@okemosk12.net>, <katie.cavanaugh@okemosk12.net>, <bolton2@comcast.net>, <andrea.hallead@okemosk12.net>,
<john.hood@okemosk12.net>
Cc: Pauline Ashton <pauline.ashton@live.com>

Administrators of Okemos Highschool,

Good evening.  While I do believe the search policy is an important issue, I am writing because I owe the vice principal an apology.  I did not have an accurate
account of the facts surrounding the incident on 4 May.  Therefore, my summation of the facts was inaccurate.  In addition to this note, I will apologize in person to
the vice principal.

On 4 May there were two people in the stall, and the vice principal did NOT look under the stall door in an inappropriate way.  Please understand my reaction was
that of a concerned parent that did not clearly understand the facts. I absolutely admit that I was wrong, and I apologize for questioning the vice principal's
reputation and good word.

Sincerely,

Mike Ashton

Okemos Public Schools Mail - Fwd: I am sorry.

**(Addendum H)**

net>

## Fwd: I am sorry.

2 messages

**Allison Cironi** <allison.cironi@okemosk12.net>
To: Andrea Hallead <andrea.hallead@okemosk12.net>, Mark Sharp <mark.sharp@okemosk12.net>

Fri, May 6, 2022 at 7:05 AM

Wanted to pass this along to you both since you'll be investigating.

Sent from my iPhone

Begin forwarded message:

> **From:** Elli Block <blocke24@okemosk12.net>
> **Date:** May 5, 2022 at 8:15:53 PM EDT
> **To:** Allison Cironi <allison.cironi@okemosk12.net>
> **Subject: I am sorry.**

Dear Mrs. Cironi,
I don't even know where to start. I am so incredibly sorry for everything I may have put you through this last day. I clearly wasn't thinking or realizing the importance of this situation. I have lied so much without acknowledging someone's life could be ruined. You were absolutely in the right and I regret every second of it. I was being selfish in every way possible and was willing to get you in trouble because I was annoyed and felt targeted. After thinking about things I have done in the past, I realized I have every right to be targeted. I took what another student said she saw you do way too far. She told me you squatted down at my stall and I am so sorry for believing her. I only saw you through the crack not doing anything wrong. I am so sorry Mrs. Cironi, for everything. I feel so much regret and disappointment in myself. You are always welcome to reach out to my family.

Sincerely,
Elli Block

**Mark Sharp** <mark.sharp@okemosk12.net>
To: Allison Cironi <allison.cironi@okemosk12.net>
Cc: Andrea Hallead <andrea.hallead@okemosk12.net>

Fri, May 6, 2022 at 7:29 AM

Let's touch base on this, this morning.

[Quoted text hidden]

**(Addendum I)**



Meridian Township
5151 Marsh Rd. Okemos, MI 48864
www.meridian.mi.us

# Fax Transmission Cover Sheet

| TO: | Dr. Mark Sharp | FROM: | Meridian Township Police Department / Records |
|-----|----------------|-------|-----------------------------------------------|
| FAX: | 1-517-351-9786 | PAGES: | 11 |
| PHONE: | | DATE: | 5/12/2022 |
| RE: | FOIA Request/2292601878 | CC: | |

If you have any problems with this transmittal, please contact me at 517.853.4800.  If you would like to reply via the fax my fax number is **517.853.4097**.

Please contact me at lafargue@meridian.mi.us, or at (517) 853-4800 if you have any questions.



**Meridian Township**
5151 Marsh Road
Okemos, MI 48864

P 517.853.4000
F 517.853.4096

**Township Board:**

Patricia Herring
Jackson
*Township Supervisor*

Deborah Guthrie
*Township Clerk*

Phil Deschaine
*Township Treasurer*

Scott Hendrickson
*Township Trustee*

Kathy Ann Sundland
*Township Trustee*

Marna Wilson
*Township Trustee*

Courtney Wisinski
*Township Trustee*

Frank L. Walsh
*Township Manager*

May 12, 2022

Dr. Mark Sharp                    *Via Fax*
Fax: 517-351-9786

RE:   *F22-144*

Mr. Sharp:

Meridian Township (the "Township") received your Freedom of Information Act request on May 10, 2022. The Township is hereby granting your request in part, and denying it in part.

The Township is denying those portions of your request that contain personal information, including the victims' driver's license number. MCL 780.758; MCL 15.243(1)(d).

In addition, the records you have requested contain personal information, the disclosure of which would represent a clearly unwarranted invasion of privacy. MCL 15.243(1)(a); MCL 15.243(1)(b)(iii). This information includes the witness and others driver's license numbers, addresses and telephone numbers.

In addition, the records you have requested contain certain information obtained through the Law Enforcement Information Network, which has been redacted as required by law. MCL 15.243(1)(d).

There is no fee for this report.

Since your request has been granted in part, you have the right to: (1) submit to Frank Walsh, Township Manager, a written appeal that specifically states the word "appeal" and identifies the reason or reasons for the reversal of the disclosure denial, or; (2) seek judicial review of this decision in accordance with MCL 15.240. (*see attachment*) If, after judicial review, the court determines that the Township has not complied with statutory disclosure requirements and orders disclosure of all or a portion of the public record, you have the right to receive attorney fees and damages as provided in MCL 15.240.

If you have any further questions or concerns, feel free to contact me.

Sincerely,

Heidi LaFargue, Records Unit Supervisor
lafargue@meridian.mi.us

**MTP - MERIDIAN TOWNSHIP**
**POLICE DEPARTMENT**
Case Report



Case No. 2292601878
Case Status Active
Report Date/Time: 5/4/2022 4:40:01 PM
Reporting Officer: LEROY, BRYAN

**FILE CLASS/OFFENSE:**
48000 - Making False Report

**NATURE OF INCIDENT:**
4803/FALSE POLICE REPORT/BLOCK/CIRONI/LEROY

**OCCURRED ON:**      5/4/2022 4:40:00 PM
(and Between)

VENUE: 2800 Jolly Rd OKEMOS, MI 48864 OKEMOS HIGH SCHOOL
CITY/TOWNSHIP: 10 - Meridian Twp, Ingham

| VICTIM: CIRONI, ALLISON LYNN | VICTIM OF: 4803 - 48000 - Making False Report |
|---|---|
| | VICTIM TYPE: Individual |

VICTIM: CIRONI, ALLISON LYNN

DOB:
SEX: Female
WGT: 175
ETH:
DLN: ▮▮▮▮▮

AGE: 37
JUV: N - No
HAIR:
Circumstances:
DL State: Michigan

RACE: White
HGT: 602
EYES: Brown
SSN:
ADDRESS INFORMATION:
  W - Work:2800 Jolly Rd OKEMOS, MI 48864 INGHAM US - UNITED STATES
Phone Information:
  W - Work:(517) 706-4905
Emails:
  ALLISON.CIRONI@OKEMOSK12.NET
NOTES:

WITNESS:
DOB: ▮▮▮
SEX: Female
WGT:
ETH:
DLN:

AGE: 16
JUV: Y - Yes
HAIR:
Circumstances:
DL State:

RACE: White
HGT:
EYES:
SSN:
ADDRESS INFORMATION:
  H - Home: ▮▮▮▮ INGHAM 5/5/2022
Phone Information:
  H - Home: ▮▮▮▮
Emails:
NOTES:

SUSPECT: BLOCK, ELLI ROSE
DOB: ▮▮▮
SEX: Female
WGT: 105
ETH:

AGE: 15
JUV: Y - Yes
HAIR: Brown
Circumstances:

RACE: White
HGT: 5' 3"
EYES: Brown
HMT:
SSN:
DLN:
DL State:
ADDRESS INFORMATION:
  H - Home: 4429 Apache OKEMOS, MI 48864 INGHAM
Phone Information:
  H - Home: (574) 250-6699
Emails:
NOTES:

| Case Report | Reporting Officer: LEROY, BRYAN | Printed: May 12, 2022 - 11:43 AM |
|---|---|---|
| Page 1 of 6 | Case No. 2292601878 | |

**MTP - MERIDIAN TOWNSHIP**
**POLICE DEPARTMENT**
Case Report



Case No.  2292601878
Report Date/Time: 5/4/2022 4:40:01 PM
Reporting Officer: LEROY, BRYAN

---

OTHERS: ASHTON, MICHAEL
JASON   ENTITY TYPE   Complainant

DOB:
SEX: Male
WGT: 189
ETH:
Attire:
POB:

AGE: 43
JUV: N - No
HAIR: Brown
Complexion:

RACE: White
HGT: 5' 10"
EYES: Blue
Facial Hair:
SSN:

Resident: Resident of the community, city, or town
where the offense occurred
DL Country:

DL Number:
Employer/School:
Occupation/Grade:

DL State: Michigan
Employer Address:

ADDRESS INFORMATION:
  H - Home:                          INGHAM US  - UNITED STATES
Phone Information:                        Emails:
  M - Mobile
NOTES:

---

OTHERS: HALLEAD, ANDREA
CHRISTINE   ENTITY TYPE   Other Person

DOB:
SEX: Female
WGT:
ETH: O - Other Ethnicity/National
Origin
Attire:
POB:
DL State:
Employer Address: 2800 Jolly Rd  OKEMOS, MI  48864

AGE: 42
JUV: N - No
HAIR:
Complexion:

RACE: Unknown
HGT:
EYES:

Facial Hair:
SSN:
DL Number:
Employer/School: OKEMOS HIGH SCHOOL
Occupation/Grade:  PRINCIPAL

Resident: Unknown
DL Country:

ADDRESS INFORMATION:
  W - Work: 2800 Jolly Rd OKEMOS, MI  48864 INGHAM US  - UNITED STATES
Phone Information:                        Emails:
  W - Work: (517) 706-4903                 ANDREA.HALLEAD@OKEMOSK12.NET
  M - Mobile:
NOTES:

---

OTHERS: Sharp, Mark Anthony   ENTITY TYPE   Other Person
DOB:
SEX: Male
WGT:
ETH:
Attire:
POB:

AGE: 63
JUV: N - No
HAIR:
Complexion:

RACE: White
HGT:
EYES:
Facial Hair:
SSN:

Resident: Resident of the community, city, or town
where the offense occurred
DL Country:

DL Number:
Employer/School:
Occupation/Grade:

DL State: Michigan
Employer Address:

---

**MTP • MERIDIAN TOWNSHIP POLICE DEPARTMENT**
**Case Report**



Case No.  2292601878
Report Date/Time: 5/4/2022 4:40:01 PM
Reporting Officer: LEROY, BRYAN

---

**ADDRESS INFORMATION:**

H - Home: ███████████████████ - UNITED STATES

Phone Information:                    Emails:

**NOTES:**

---



**MTP - MERIDIAN TOWNSHIP
POLICE DEPARTMENT**
Case Report

Case No.  2292601878
Report Date/Time: 5/4/2022 4:40:01 PM
Reporting Officer: LEROY, BRYAN

---

## NARRATIVE:
MTP-37702 - LEROY, BRYAN
5/5/2022 2:46:20 PM
INFORMATION:
On 5/4/22 at 1640 hours, I was dispatched to 4429 Apache Dr for a harassment complaint. The caller, Michael Ashton, advised his daughter Elli Block had an inappropriate encounter with a staff member in the bathroom at school.

CONTACT WITH MICHAEL ASHTON:
I made contact with Ashton via telephone and explained to him I was the School Resource Officer for Okemos Public Schools. I asked Ashton to tell me what happened with his daughter. Ashton explained his daughter, Elli Block, said she was in the bathroom at school when the Assistant Principal, Allison Cironi, came into the bathroom. Ashton said Block advised Cironi asked other girls standing in the bathroom how many girls were in the stall. Ashton said Cironi began to look under the stall doors. Ashton said Block informed him she was trying to urinate when Cironi looked under the stall door at her. Ashton said Block could see Cironi and locked eyes with her. Ashton said Block felt violated by the situation and he wanted to make a police report. I asked Ashton to clarify that Cironi actually looked under the stall and made eye contact with her. Ashton said I would have to clarify that with Block, but that's what she explained to him. I asked Ashton if I was able to talk with Block on the phone and he gave me permission.

CONTACT WITH ELLI BLOCK:
After speaking with Ashton, I made contact with Block on Ashton's telephone. I asked Block to tell me what happened. Block said she was in the bathroom in a stall when Cironi walked in. Block said she could hear Cironi ask the girls in the bathroom how many girls were in the stall. Block said her friend told her it was just her in the stall and she said Cironi looked under the stall anyway. Block said she felt violated and didn't think it was right of Cironi to do that. I asked Block if Cironi looked over the stall door or actually looked under the stall door at her. I asked Block if she believed Cironi was just looking for feet in the stalls. Block said she did not see Cironi and was going on what information her friend had provided her.

FURTHER ACTION:
I explained to both Block and Ashton there was a major vaping problem at the high school in the bathrooms. I advised staff members check the bathrooms for students doing illegal activity and it was not an invasion of privacy to look for feet under the stall door. I advised if they had an issue with the school procedure they would need to make a complaint with the school. After hanging up, I was advised by Sgt. Mccready that Ashton called and would like a police report for the matter. I informed Sgt. Mccready I had Ashton's information and would look into the complaint on 5/5/22.

CONTACT WITH MICHAEL ASHTON CONTINUED:
On 5/5/22 at 0730 hours, I made contact with Ashton via telephone to follow up on the complaint. I asked Ashton to tell me once again what Block had told him what happened. Ashton said Block had told him Cironi stuck her head under the stall door and locked eyes with her. I informed Ashton I would need to follow up with Block and asked if I could speak with her at the school. Ashton said I would be able to speak with Block at the school.

OFFICERS ACTIONS:
I went to Okemos High School at 1230 hours to make contact with Cironi and Block reference the situation. Prior to speaking with Cironi and Block I made contact with Andrea Hallead regarding the complaint.

CONTACT WITH ANDREA HALLEAD:
I made contact with Hallead in her office regarding the complaint. Hallead is the acting Principal at Okemos High School. Hallead advised she didn't feel comfortable with Cironi making a statement without representation due to the seriousness of the allegations. Hallead also informed me they were approached by a witness ██████████ who came forward and informed staff she was asked to lie about the situation by Block. Also in Hallead's office was Mark Sharp, the interim Assistant Principal. Hallead and Sharp advised ████████'s friends with Block and was present in the bathroom during the incident. They advised ████████ provided them with screenshots of a conversation she had with Block on today's date around 0800 hours. In that conversation Block was asking ███████ to lie for her and say Cironi looked at her in the stall so they could get Cironi into trouble. I asked if I was able to speak with ███████ and Sharp advised I could. Sharp said he had permission from the parents of ███████ to speak with her.

CONTACT WITH ██████████████████

---



**MTP - MERIDIAN TOWNSHIP**
**POLICE DEPARTMENT**
**Case Report**

Case No.  2292601878
Report Date/Time:  5/4/2022 4:40:01 PM
Reporting Officer: LEROY, BRYAN

I made contact with ▮▮▮ in Hallead's office with Hallead and Sharp present. I asked ▮▮▮ to tell me what happened in the bathroom and this morning ▮▮▮ said she was in the lower A/B bathroom with Block ▮▮▮ said she was sitting on the floor in front of the stall Block and another student were in together ▮▮▮ said she was scrolling on her news feed when Cironi walked into the bathroom and noticed a handful of girls hanging out in the bathroom ▮▮▮ explained the girls, she didn't know their names, have had issues with vaping in the past and were known to Cironi ▮▮▮ said Cironi asked her how many people were in the stall that Block was in ▮▮▮ said she lied and said it was just Block in the stall ▮▮▮ said Cironi was on the side of the first stall, squatted down and looked for feet in the stalls from the side. I asked ▮▮▮ if Cironi had looked under the stall ▮▮▮ said there were three single stalls and then a handicap stall. ▮▮▮ said by the sink area and looked from the side of the stalls. ▮▮▮ said the way Cironi looked under the stalls it was Block and the other student were in the last single stall in the bathroom. ▮▮▮ said the way Cironi looked under the stalls it was impossible for her to even see in the front of the first stall ▮▮▮ explained there was a line of different colored tiles in the bathroom and Cironi did not cross that line. I asked ▮▮▮ how Block knew she was in the bathroom. ▮▮▮ said Cironi has a loud voice and Block heard her talking to the other girls in the bathroom when she first came in. ▮▮▮ said Cironi wouldn't know how Block would have even seen Cironi because she was too busy trying to keep the other girls feet up on the toilet. ▮▮▮ advised the second girl in the stall was standing on the toilet so she wouldn't be seen ▮▮▮ advised Cironi left the bathroom and that's when Block came out of the stall. ▮▮▮ advised Block did not have any contact with Cironi. ▮▮▮ stated she had messages on her phone from Block asking her to lie about the situation. I asked ▮▮▮ if she was able to show me the messages. ▮▮▮ showed me a message from Block asking her to lie and say Cironi was in front of her stall. Block to ▮▮▮ the objective was to get Cironi into trouble ▮▮▮ was able to forward the text messages to Hallead which will be placed with this report.

**OFFICERS ACTIONS CONTINUED:**
After speaking with ▮▮▮ I contacted Ashton and asked if he and Block would be willing to come to MTPD for a interview. Ashton advised they would come into MTPD at 1530 hours for a interview.

**INTERVIEW WITH ELLI BLOCK:**
I met with Block and her parents in the lobby of MTPD. I advised Ashton he was able to come back to the interview room with Block. Block said she wished to do the interview alone and Ashton stated that would be fine. I escorted Block to the interview room. I asked Block to tell me what happened the day before in the bathroom with Cironi. Block said she was in the stall trying to urinate when she could hear Cironi talking to other girls in the bathroom. Block said Cironi came into the bathroom and was standing in front of the stalls in between her stall and the stall next to her. Block advised Cironi bent down in front of her stall to look under it and she could see her hair from underneath the door. I asked Block if she ever locked eyes with her like her father stated. Block said she never locked eyes with her and doesn't know why her dad said that. Block said "he probably just made that up." I asked Block to tell me what happened next. Block said Cironi check the big stall next to her and then left the bathroom. I asked Block if she was alone in the stall and she said yes. I asked Block if this was the truth and if this is what really happened. Block said this is exactly what happened. I informed Block that I had spoken to people in the bathroom and their stories don't match. I asked Block if she had messaged anyone to lie for her about the situation. Block eventually admitted to asking her two friends don't match, she had already told her parents what happened. At this time of the interview, Block's parents came into the interview room and were given the information that Block was making up the story about Cironi. I asked Block's mother, Pauline Ashton, to see if there were any screenshot messages on her phone. Block had deleted the message she sent ▮▮▮ in the text thread, but the screenshot photo was still in her pictures. Block's mother checked her phone and was able to find the message stating the objective of them lying was to get Cironi into trouble. Block's parents asked why she had lied about the situation and she didn't answer them. Block had also lied about being in the stall alone and when confronted about being in the stall with her friend she admitted it to her parents.

**FURTHER INFORMATION:**
I explained to Block and her parents this was a serious allegation against Cironi and is going to be taken very seriously. I stated Cironi wished to prosecute for filing a false police report and this report will be forwarded to the Ingham County Probate Court.

**EVIDENCE:**
The screenshots of Blocks messages will be added to the report. Body camera footage from the interviews will be tagged into evidence at MTPD.

**CRIMINAL HISTORY:**
▮▮▮▮▮▮

**IDENTIFICATION:**
Block was identified by the school and by her parents.

**MTP - MERIDIAN TOWNSHIP
POLICE DEPARTMENT**
Case Report



Case No.  2292601878
Report Date/Time: 5/4/2022 4:40:01 PM
Reporting Officer: LEROY, BRYAN

DISPOSITION:
Police procedures completed. A copy of this report will be sent to the Ingham County Probate Court to seek charges for filing a false police report.

STATUS:
Cleared.

Mail - Bryan LeRoy - Outlook



Delivered

answer

would need you as a whiteness

there's j one problem

i said that she was all the way outside of my stall

when she looked

so i need you to lie because when jj saw you,

you said she was by the sinks when she looks

but the objective here is to get her in trouble

okay?





