# OKEMOS PUBLIC SCHOOLS
### Office of the Superintendent

May 24, 2022

To The Parents of Elli Block

**RE: Student Discipline**

Enclosed you will find a copy of the minutes of the May 17, 2022 special meeting of the Okemos Board of Education at which a student discipline hearing was conducted for your daughter, Elli Block. Also enclosed is a copy of the Board's resolution.

On May 17th, the Board of Education conducted a hearing to determine whether Elli committed a violation of the Student Code of Conduct and, if so, what the appropriate consequence should be. Notice was given at least 3 days before the hearing and you were provided an opportunity to submit evidence and provide testimony during the hearing.

Based on a preponderance of the evidence presented at the hearing, and after considering factors related to the misconduct, the Board concluded that Elli did violate the Michigan Revised School Code, and board policy 5144 Student Code of Conduct.

Based on the evidence presented at hearing, the Board decided to expel Elli from Okemos Public Schools 180 school days, subject to possible reinstatement. Elli may petition the Bsuperintendent for reinstatement no sooner than 30 school days prior to the first day of second semester (approximately December 2022) for reinstatement no sooner than the first day of second semester of the 22-23 school year, (approximately mid-January). Conditions of the reinstatement are included in the enclosed resolution. The decision of the Board is final.

While expelled, Elli may not be present on school property, attend other school functions and may not participate in extracurricular activities without my written consent.

Should you have questions, or need additional information, please contact my office at 517.706.5002.

Sincerely,

*John J. Hood*

John J. Hood

---

John J. Hood
john.hood@okemosk12.net
4406 North Okemos Road, Okemos, Michigan 48864
Phone: 517-706-5007  Fax: 517-349-6235

*"Together...educating with excellence, inspiring each learner for life."*