UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAULINE ASHTON, as Next Friend
of E.B., a minor,

    Plaintiff,

v.

OKEMOS PUBLIC SCHOOLS, et al.,

    Defendants.

_____/

CASE No. 1:22-cv-819

HON. ROBERT J. JONKER

## **JUDGMENT**

In accordance with the Opinion and Order entered this day, Judgment is entered in favor of Defendants and against Plaintiff Pauline Ashton.

Dated: February 9, 2024

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE